**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:17-10003-7-STA |
| ) | |
| STEPHEN WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

___

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**
___

This cause came to be heard on October 13, 2017, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Stephen Williams, appearing in person, and with counsel, Robert Thomas.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1,10,11 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 16, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 13th day of October, 2017.

                                                 s/ S. Thomas Anderson
                                             CHIEF JUDGE, U. S. DISTRICT COURT