**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 1:17-cr-10003-7- STA |
| ) | |
| **STEPHEN WILLIAMS** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER CONTINUING SENTENCING HEARING AND NOTICE OF RESETTING**

The Sentencing Hearing in this matter is currently set for January 16, 2018 before Chief Judge S. Thomas Anderson. The Sentencing Hearing in the above styled matter is hereby reset to **Monday, March 19, 2018, at 1:45 p.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 19th day of January, 2018.

s/ S. Thomas Anderson
Chief United States District Judge