# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 17-10003-STA |
| ) | |
| STEPHEN WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND NOTICE OF RESETTING

The United States has moved this Court to continue the sentencing hearing in the above matter.

Wherefore, for good cause, the sentencing hearing is reset on **October 30, 2018 at 1:30p.m.**

IT IS SO ORDERED this 18th day of October, 2018.

                                    s/S.Thomas Anderson
                                    HON. S. THOMAS ANDERSON
                                    CHIEF UNITED STATES DISTRICT JUDGE